AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>Pedro ALVAREZ JR.<br><br>*Defendant(s)* | Case No.<br><br>1:17 MJ 00003 BAM |

**FILED**
JAN 10 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2, 2017,__ in the county of __Fresno__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | felon in possession of a firearm or ammunition |
| | PENALTIES<br>10 years maximum term of imprisonment<br>$250,000 fine<br>3 years of supervised release<br>$100 special assessment |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Ryan Demmon, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Demmon, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/10/17

_____
*Judge's signature*

City and state: Fresno, California

Hon. Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*

## I.     **AFFIDAVIT**

I, Ryan E. Demmon, being sworn, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been employed with the FBI since June 2014. I have graduated from the FBI New Agents Academy in Quantico, Virginia. Prior to being employed with the FBI, I was a police officer for the City of Vancouver, Washington, from August 2005 to June 2014. I graduated from the Washington State Basic Law Enforcement Academy. Throughout my law enforcement career, I have attended trainings and conducted investigations relating to criminal street gangs, organized crime, violent crimes, firearms, controlled substances, and other areas of law enforcement.

## II.     **PROBABLE CAUSE**

2. Title 18 U.S.C. Section 922(g)(1) prohibits any person who has previously been convicted of an offense punishable by imprisonment for more than one year to possess a firearm or ammunition that has traveled in interstate or foreign commerce.

3. This affidavit is in support of a complaint charging Pedro Alvarez Jr., with a violation of Title 18 U.S.C. Section 922(g)(1), being a felon in possession of a firearm or ammunition that has traveled in interstate or foreign commerce. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves to establish probable cause for the arrest of Alvarez Jr.

4. According to police reports, on January 2, 2017, Fresno Police Officer Andrew Galindo was working uniform patrol as a double unit with Fresno Police Officer Saenz. At approximately 1634 hours Officers Galindo and Saenz were conducting patrols in the area of Strother Ave. and Fruit Ave., Fresno, California, when they observed a black Dodge Charger driving towards them. Both Officers observed the Charger did not have a front license plate, in violation of California Vehicle Code 5202, Not Displaying a Front License Plate. The Officers drove closer to the Charger and observed the window tinting was too dark, in violation of California Vehicle Code 26708(a)(1), Tinted Windows. Officer Galindo, who was still in the patrol vehicle, signaled to the driver of the Charger to roll down the window. The driver of the Charger rolled the window down. Officer Galindo was clearly able to see the

AFFIDAVIT IN SUPPORT OF COMPLAINT     1

driver, later identified by his California identification card as Pedro Alvarez Jr. Officer Galindo also noted that Alvarez Jr. appeared to be the sole occupant of the vehicle.

5. Officers Galindo and Saenz were still seated in the patrol vehicle and in close proximity to the Charger. Officer Galindo briefly spoke with Alvarez Jr. from the patrol vehicle. Alvarez Jr. told Officer Galindo he was driving without a license. Officer Galindo told Alvarez Jr. to wait there as he turned around the patrol vehicle. Officer Galindo began to make a U-Turn to position the patrol vehicle behind the Charger. As the patrol vehicle was making the U-Turn, the Charger drove off at a high rate of speed. The Officers initiated the emergency lights and sirens and began to pursue the Charger.

6. After a short chase, the Charger pulled into a dead end parking lot and came to a stop, and Alvarez Jr. exited the vehicle. Officer Galindo saw that Alvarez Jr. had an object in his hand. As Alvarez Jr. exited, he turned and appeared to place the object in the driver's seat area of the Charger. Officers gave verbal orders to Alvarez Jr. Alvarez Jr. complied with the Officers orders and was taken into custody without further incident.

7. Officer Galindo asked Alvarez Jr. if there were any firearms in the vehicle. Alvarez Jr. responded, "I aint gonna lie sir, I gotta gun in the car." Alvarez Jr. motioned to the driver's seat where Officer Galindo observed a black semi-automatic firearm. Based on Officer Galindo's observations of Alvarez Jr. placing something in the driver's side area of the Charger after he initially exited the vehicle, and Alvarez Jr.'s statements regarding the firearm, Officer Galindo believed Alvarez Jr. was in possession of the firearm.

8. The firearm was recovered from the vehicle during a search of the vehicle. The firearm was identified as a Glock, Model 19, serial number VFF379. A search of the serial number through law enforcement databases revealed the firearm was reported stolen.

9. The Officers learned through criminal history records that Alvarez Jr. was a convicted felon and prohibited from possessing firearms. I reviewed Fresno County District Attorney records and confirmed Alvarez Jr. has two prior felony convictions: an April 2014 conviction for California Penal Code 29820(b), Prohibited Person Possessing a Firearm; and an October 2014 conviction for California Penal Code 245(a)(4), Assault with a Deadly Weapon. Both offenses are punishable by imprisonment for more than one year, and Alvarez Jr. was sentenced to more than one year imprisonment for each

AFFIDAVIT IN SUPPORT OF COMPLAINT                 2

1  offense.

2      10.    I spoke with ATF SA Brad Dickey, who has specialized training in the manufacture and origin of firearms and ammunition. SA Dickey advised me the Glock firearm possessed by Alvarez Jr. was not manufactured in California.

### III. CONCLUSION

    11.    The above facts set forth probable cause to believe that Pedro Alvarez Jr. is in violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm. I request that an arrest warrant be issued for Pedro Alvarez Jr. for this violation.

*(signature)*
Ryan Demmon, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence, this _10_ day of January, 2017.

*(signature)*
Honorable Barbara A. McAuliffe
United States Magistrate Judge

Reviewed and approved as to form and content by:

/s/ ROSS PEARSON
Ross Pearson
Assistant U.S. Attorney

AFFIDAVIT IN SUPPORT OF COMPLAINT     3