AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Pedro ALVAREZ JR. | ) Case No. |
| | ) |
| | ) 1:17MJ00003 BAM |
| | ) |
| Defendant | ) |

## ARREST WARRANT

USMS FRESNO RCVD
JAN 10 2017 PM 4:12

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Pedro ALVAREZ JR.                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) -- felon in possession of a firearm or ammunition

Date:   1/10/17

_____
*Issuing officer's signature*

City and state:   Fresno, California         Hon. Barbara A. McAuliffe, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-12-17 , and the person was arrested on *(date)* 1-12-17
at *(city and state)* Fresno, CA .

Date:   1-12-17

ATF S/A Ryan Dennon
*Arresting officer's signature*

_____ USMS
*Printed name and title*